IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION & NOVARTIS INTERNATIONAL AG ("NOVARTIS"),<br><br>Plaintiff,<br><br>- v. -<br><br>PAR PHARMACEUTICAL COMPANIES, INC., PAR PHARMACEUTICAL, INC. & KALI LABORATORIES, INC. ("PAR")<br><br>Defendant. | Civil Action No. 06-4788/ 06-6283 (HAA) (ES) |

**STIPULATION OF DISMISSAL**

Plaintiff and Counterclaim-Defendant Novartis and Defendant and Counterclaim-Plaintiff Par hereby stipulate by and through their respective attorneys that all claims, counterclaims and defenses in the above-entitled consolidated actions (the "Litigation") are dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure without costs or attorneys' fees to either Party. In support thereof, the Parties now stipulate as follows.

1. All claims, counterclaims and defenses in this Litigation should be and hereby are dismissed without prejudice.

2. Each Party to this Litigation will bear its own costs and attorneys' fees.

NEWYORK 6935423 (2K)

SO STIPULATED:

Dated: ~~December ___, 2008~~
February 6, 2009

| s/ David E. De Lorenzi | s/ Sean R. Kelly |
|---|---|
| David E. De Lorenzi<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102<br>(973) 596-0545<br><br>Dimitrios T. Drivas<br>Jeffrey J. Oelke<br>Leslie Morioka<br>Brendan Woodard<br>**WHITE & CASE LLP**<br>1155 Avenue of the Americas<br>New York, New York 10036<br>(212) 819-8200<br><br>Evan R. Chesler<br>David R. Marriott<br>David Greenwald<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>(212) 474-1000<br><br>*Attorneys for Plaintiffs and Counterclaim-Defendants Novartis Corporation, Novartis Pharmaceuticals Corporation, & Novartis International AG* | Sean R. Kelly<br>**SAIBER LLC**<br>One Gateway Center, 13th Floor<br>Newark, New Jersey 07102-5311<br>(973) 622-3333<br><br>Richard J. Berman<br>Janine A. Carlan<br>Aziz Burgy<br>Timothy W. Bucknell<br>**ARENT FOX LLP**<br>1050 Connecticut Avenue, NW<br>Washington, D.C. 20036<br>(202) 857-6000<br><br>*Attorneys for Defendants and Counterclaim-Plaintiffs Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., & Kali Laboratories, Inc.* |

NEWYORK 6935423 (2K)

- 2 -

So Ordered:

Harold A. Ackerman
U.S.D.J.   2/10/09